_____
D. Michael Lynn
U.S. Bankruptcy Judge

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK

JUN 25 2015

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LARRY ROY STAUFFER, | § § | CASE NO. 14-41568-dml-7 (Chapter 7) |
| Debtor. | § | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM PASTORE and LINDA PASTORE, | § § § | |
| Plaintiffs, | § § | ADVERSARY PROCEDING |
| vs. | § § | No. 14-04059-dml |
| LARRY ROY STAUFFER, | § § | |
| Defendant. | § § | |

*Agreed Final Judgment*

Came on for consideration the above-entitled and numbered Adversary Proceeding wherein William Pastore and Linda Pastore are the Plaintiffs, and Larry Roy Stauffer ("Mr. Stauffer") is the Defendant. The

parties represented to the Court that they had reached an agreement as to the disposition of this Adversary Proceeding and requested that a judgment be entered accordingly. The Court has reviewed the pleadings and considered the agreement of the parties as represented by the terms hereof and approves of same. In accordance with the agreement of the parties, it is therefore,

ORDERED, ADJUDGED AND DECREED that the sum of $225,000 of Mr. Stauffer's indebtedness to the Plaintiffs, William Pastore and Linda Pastore, should be, and is hereby, declared to be nondischargeable. It is further,

ORDERED, ADJUDGED AND DECREED that the Plaintiffs, William Pastore and Linda Pastore, have and recover of and from Mr. Stauffer the nondischargeable sum of $225,000, for all of which let execution issue. It is further,

ORDERED, ADJUDGED AND DECREED that all relief not specifically granted in this Agreed Final Judgment is denied. It is further,

ORDERED, ADJUDGED AND DECREED that this Agreed Final Judgment finally disposes of all parties and all claims and is appealable.

### End of Order ###

AGREED AS TO FORM AND SUBSTANCE:


/s/ Steven Thornton
Steven Thornton
State Bar No. 00789678

*WESTERBURG & THORNTON, P.C.*
6060 N. Central Expressway, Suite 690
Dallas, Texas 75206
Phone No.:    214.528.6040
Facsimile:    214.528.6170
steve@mwtlaw.com

**ATTORNEY FOR WILLIAM PASTORE AND LINDA PASTORE**


/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500

*Forshey & Prostok, LLP*
777 Main Street, Suite 1290
Ft. Worth, Texas 76102
Phone No.:    817.877.8855
Facsimile:    817.877.4151
jprostok@forsheyprostok.com

**ATTORNEY FOR LARRY ROY STAUFFER**